## --UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:20-CR-00759-AGF |
| ) | |
| v. ) | |
| ) | |
| RODNEY D. PRICE ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES OF AMERICA'S
## EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted | Notes |
|---|---|---|---|---|
| 1 | Samsung Cellular Telephone (W) | | | |
| 2 | External Drive with Forensic Extraction (H) | | | |
| 3 | Device User (J) | | | |
| 4 | User Account – Google (J) | | | |
| 5 | User Account – USBank (J) | | | |
| 6 | User Account – Snapchat (J) | | | |
| 7 | User Account – Facebook Messenger (J) | | | |
| 8 | User Account – Paypal (J) | | | |
| 9 | Cookie Term | | | |
| 10 | Cookie - .thepiratebay.org 2-18-2019 (J) | | | |
| 11 | Cookie - .torrentfreak.com | | | |
| 12 | Cookie - .itorrents.org | | | |
| 13 | Cookie – limetorrents.info | | | |
| 14 | Cookie - .thepiratebay.org 3-6-2019 | | | |
| 15 | Cookie – kickasstorrent.hu (J) | | | |

| | | | | |
|---|---|---|---|---|
| 16 | Cookie - .yourbittorrent.com (J) | | | |
| 17 | Cookie – thepiratebay.ee (J) | | | |
| 18 | Cookie limeteen… (J) | | | |
| 19 | Cookie ultrateen (J) | | | |
| 20 | Cookie teen-… (J) | | | |
| 21 | Cookie forbiddenteensarchive (J) | | | |
| 22 | Cookie youngteenhome… (J) | | | |
| 23 | Cookie nudevideoteen (J) | | | |
| 24 | Cookie oldgoesyoung (J) | | | |
| 25 | Installed Applicated –BitCloud (J) | | | |
| 26 | Samsung Cellphone Photo Apps (J) | | | |
| 27 | Samsung Cellphone Photo BitCloud App (J) | | | |
| 28 | Samsung Cellphone Photo BitCloud Search Bar (J) | | | |
| 29 | Samsung Cellphone Photo BitCloud Menu (J) | | | |
| 30 | Samsung Cellphone Photo BitCloud Installed Screen (J) | | | |
| 31 | Samsung Cellphone Photo BitCloud App Info (J) | | | |
| 32 | Samsung Cellphone Photo BitCloud Notifications (J) | | | |
| 33 | Samsung Cellphone Photo BitCloud Storage 1 (J) | | | |
| 34 | Samsung Cellphone Photo BitCloud Storage 2 (J) | | | |
| 35 | Image – CP Cache Image детское (J) | | | |
| 36 | Image – CP Cache Image (Phtc)Kimmy (J) | | | |
| 37 | Image – CP Cache Image PHTC-10yo (J) | | | |
| 38 | Messages 3-18-2019 3:38 a.m. (J) | | | |
| 39 | Messages 3-18-2019 4:09 a.m. (J) | | | |
| 40 | Web History Term (J) | | | |
| 41 | Web History Bing real+forbidden… (J) | | | |
| 42 | Web History redtube.com (J) | | | |

| 43 | Web History xhamster (J) | | | |
|---|---|---|---|---|
| 44 | Web History Bing underage+kids (J) | | | |
| 45 | Web History Bing kiddy+cp (J) | | | |
| 46 | Facebook Instant Message 3-12-2019 3:38 p.m. (J) | | | |
| 47 | Facebook Instant Message 3-12-2019 4:23 p.m. (J) | | | |
| 48 | Call Log 3-12-2019 4:53 p.m. (J) | | | |
| 49 | Facebook Instant Message 3-12-2019 4:50 p.m. (J) | | | |
| 50 | Facebook Instant Message 3-12-2019 4:58 p.m. (J) | | | |
| 51 | Web History Preteen XVIDEOS (J) | | | |
| 52 | Web History 6yr old XVIDEOS (J) | | | |
| 53 | Facebook Instant Message 3-21-2019 (J) | | | |
| 54 | Call Log Facebook Messenger 3-21-2019 7:35 a.m. (J) | | | |
| 55 | Call Log Facebook Messenger 3-21-2019 9:26 a.m. (J) | | | |
| 56 | Installed Application – DuckDuckGo Installed (J) | | | |
| 57 | Web Bookmark "old men in russia…" (J) | | | |
| 58 | Web Bookmark "6-11 very little young russian…" (J) | | | |
| 59 | Web Bookmark "child pornography nude…" (J) | | | |
| 60 | Web Bookmark "FRESH CP" (J) | | | |
| 61 | Image – CP DuckDuckGo "504a…" (J) | | | |
| 62 | Image – CP DuckDuckGo "0bfe…" (J) | | | |
| 63 | Image – CP DuckDuckGo "3909…" (J) | | | |
| 64 | Installed Application – Microsoft Bing (J) | | | |
| 65 | Web History Bing "underage+xxx…" (J) | | | |
| 66 | Web History Bing "youth xxx tube…" (J) | | | |
| 67 | Web History Bing "Nepiophile…" (J) | | | |
| 68 | Call Log 4-7-2019 (J) | | | |
| 69 | Web History Bing 4-7-2019 (J) | | | |

| 70 | Image – CP Bing "-1944…" (J) | | | |
|---|---|---|---|---|
| 71 | Image – CP Bing "4788…" (J) | | | |
| 72 | Cookie - .teenmegaworld.net (J) | | | |
| 73 | Facebook Instant Message History 4-7-2019 (J) | | | |
| 74 | Image – CP "(pthc) NEW 2016…" (J) | | | |
| 75 | Image – CP "(Pthc) Vicky – The 107 Minutes…" (J) | | | |
| 76 | Image – CP "Vicky_..." (J) | | | |
| 77 | Image – CP "hmmleabnd…" (J) | | | |
| 78 | Image – CP "kg_Kelly_10_yo…" (J) | | | |
| 79 | Donya Jackson CV (J) | | | |
| 80 | Patrick Sublette CV (S) | | | |
| 81 | Downloading Files Overview (S) | | | |
| 82 | Peer-to-Peer File Sharing Overview (S) | | | |
| 83 | Peer-to-Peer Torrent Overview (S) | | | |
| 84 | CP Search Terms (S) | | | |
| 85 | Hash Values Term (S) | | | |
| 86 | IP Address Term (S) | | | |
| 87 | BitCloud Overview (S) | | | |
| 88 | BitCloud on Cellular Telephone Overview (S) | | | |
| 89 | Files in Torrent 3-9-2019 (W) | | | |
| 90 | Charter Search Warrant (W) | | | |
| 91 | Charter Business Record (W) **FRE 803(6) & 902(11) Evidence** | | | |
| 92 | Files Distributed to MSHP 3-9-2019 (W) | | | |
| 93 | Video – CP "(Phtc) Kimmy 12Yo…" (W) | | | |
| 94 | Video - CP "PHTC-10yogirl…" (W) | | | |
| 95 | Video – CP "детское…" (W) | | | |

| 96 | 404 Lee Street Search Warrant (W) | | | |
|---|---|---|---|---|
| 97 | Photo 404 Lee Street (W) | | | |
| 98 | Photo Defendant with Samsung Cellular Telephone 1 (W) | | | |
| 99 | Photo Defendant with Samsung Cellular Telephone 2 (W) | | | |
| 100 | Photo Defendant with Samsung Cellular Telephone 3 (W) | | | |
| 101 | Photo Defendant with Samsung Cellular Telephone 4 (W) | | | |
| 102 | Photo Samsung Cellular Telephone (W) | | | |
| 103 | Photo SD Card from Samsung Cellular Telephone (W) | | | |
| 104 | Photo Back of Samsung Cellular Telephone (W) | | | |
| 105 | Samsung Business Record (W) **FRE 803(6) & 902(11) Evidence** | | | |
| 106 | Photo Samsung Cellular Telephone Powered On (W) | | | |
| 107 | Photo of "About phone" Screen (W) | | | |
| 108 | Photo of "About phone" Screen & Charter Bus. Record (W) | | | |
| 109 | Limetorrents File on Cell Phone (W) | | | |

The United States reserves the right to add additional exhibits, including rebuttal exhibits.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jillian S. Anderson*
Jillian S. Anderson Mo Bar 53918
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
jillian.anderson@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

  Joseph Hogan
  Counsel for Defendant

                                                                  */s/ Jillian S. Anderson*
                                                                  Jillian S. Anderson
                                                                  Assistant United States Attorney