# EXHIBIT LIST

Style: **USA V RODNEY PRICE**   Case Number: 4:20CR759 AGF

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 80 | | 10/24/22 | 1 | | | Patrick Sublette CV (S) | 10/24/22 |
| 81 | | | | | | Downloading Files Overview (S) | 10/24/22 |
| 82 | | | | | | Peer-to-Peer File Sharing Overview (S) | 10/24/22 |
| 83 | | | | | | Peer-to-Peer Torrent Overview (S) | 10/24/22 |
| 84 | | | | | | CP Search Terms (S) | 10/24/22 |
| 85 | | | | | | Hash Values Term (S) | 10/24/22 |
| 86 | | | | | | IP Address Term (S) | 10/24/22 |
| 87 | | | | | | BitCloud Overview (S) | 10/24/22 |
| 88 | | | | | | BitCloud on Cellular Telephone Overview (S) | 10/24/22 |
| 89 | | 10/25/22 | 2 | | | Files in Torrent 3-9-2019 (W) | 10/25/22 |
| 90 | | | | | | Charter Search Warrant (W) | 10/25/22 |
| 91 | | | | | | Charter Business Record (W) | 10/25/22 |
| 92 | | | | | | Files Distributed to MSHP 3-9-2019 (W) | 10/25/22 |
| 93 | | | | | | Video – CP "(Phtc) Kimmy 12Yo…" (W) | 10/25/22 |
| 94 | | | | | | Video - CP "PHTC-10yogirl…" (W) | 10/25/22 |
| 95 | | | | | | Video – CP "детское…" (W) | 10/25/22 |
| 96 | | | | | | 404 Lee Street Search Warrant (W) | 10/25/22 |
| 97 | | | | | | Photo 404 Lee Street (W) | 10/25/22 |
| 98 | | | | | | Photo Defendant with Samsung Cellular Telephone 1 (W) | 10/25/22 |
| 99 | | | | | | Photo Defendant with Samsung Cellular Telephone 2 (W) | 10/25/22 |
| 100 | | | | | | Photo Defendant with Samsung Cellular Telephone 3 (W) | 10/25/22 |
| 101 | | | | | | Photo Defendant with Samsung Cellular Telephone 4 (W) | 10/25/22 |
| 102 | | | | | | Photo Samsung Cellular Telephone (W) | 10/25/22 |
| 103 | | | | | | Photo SD Card from Samsung Cellular Telephone (W) | 10/25/22 |
| 104 | | | | | | Photo Back of Samsung Cellular Telephone (W) | 10/25/22 |

☐ EXHIBITS RETURNED TO COUNSEL    EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red    ADMITTED = use ✔ and date    PAGE 1 OF 5

# EXHIBIT LIST

Style: **USA V RODNEY PRICE**     Case Number: **4:20CR759 AGF**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 105 | | 10/25/22 | 2 | | | Samsung Business Record (W) | 10/25/22 |
| 106 | | | | | | Photo Samsung Cellular Telephone Powered On (W) | 10/25/22 |
| 107 | | | | | | Photo of "About phone" Screen (W) | 10/25/22 |
| 108 | | | | | | Photo of "About phone" Screen & Charter Bus. Record (W) | 10/25/22 |
| 109 | | | | | | Limetorrents File on Cell Phone (W) | 10/25/22 |
| 1 | | | | | | Samsung Cellular Telephone (W) | 10/25/22 |
| 2 | | 10/25/22 | 3 | | | External Drive with Forensic Extraction (H) | 10/25/22 |
| 79 | | 10/25/22 | 4 | | | Donya Jackson CV (J) | 10/25/22 |
| 3 | | | | | | Device User (J) | 10/25/22 |
| 4 | | | | | | User Account – Google (J) | 10/25/22 |
| 5 | | | | | | User Account – USBank (J) | 10/25/22 |
| 6 | | | | | | User Account – Snapchat (J) | 10/25/22 |
| 7 | | | | | | User Account – Facebook Messenger (J) | 10/25/22 |
| 8 | | | | | | User Account – Paypal (J) | 10/25/22 |
| 9 | | | | | | Cookie Term | 10/25/22 |
| 10 | | | | | | Cookie - .thepiratebay.org 2-18-2019 (J) | 10/25/22 |
| 11 | | | | | | Cookie - .torrentfreak.com | 10/25/22 |
| 12 | | | | | | Cookie - .itorrents.org | 10/25/22 |
| 13 | | | | | | Cookie – limetorrents.info | 10/25/22 |
| 14 | | | | | | Cookie - .thepiratebay.org 3-6-2019 | 10/25/22 |
| 15 | | | | | | Cookie – kickasstorrent.hu (J) | 10/25/22 |
| 16 | | | | | | Cookie - .yourbittorrent.com (J) | 10/25/22 |
| 17 | | | | | | Cookie – thepiratebay.ee (J) | 10/25/22 |
| 18 | | | | | | Cookie limeteen… (J) | 10/25/22 |
| 19 | | | | | | Cookie ultrateen (J) | 10/25/22 |

☐ EXHIBITS RETURNED TO COUNSEL     EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     PAGE **2** OF **5**

# EXHIBIT LIST

Style: __USA V RODNEY PRICE_____  Case Number: __4:20CR759 AGF__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 20 |  | 10/25/22 | 4 |  |  | Cookie teen-… (J) | 10/25/22 |
| 21 |  |  |  |  |  | Cookie forbiddenteensarchive (J) | 10/25/22 |
| 22 |  |  |  |  |  | Cookie youngteenhome… (J) | 10/25/22 |
| 23 |  |  |  |  |  | Cookie nudevideoteen (J) | 10/25/22 |
| 24 |  |  |  |  |  | Cookie oldgoesyoung (J) | 10/25/22 |
| 25 |  |  |  |  |  | Installed Applicated –BitCloud (J) | 10/25/22 |
| 26 |  |  |  |  |  | Samsung Cellphone Photo Apps (J) | 10/25/22 |
| 27 |  |  |  |  |  | Samsung Cellphone Photo BitCloud App (J) | 10/25/22 |
| 28 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Search Bar (J) | 10/25/22 |
| 29 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Menu (J) | 10/25/22 |
| 30 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Installed Screen (J) | 10/25/22 |
| 31 |  |  |  |  |  | Samsung Cellphone Photo BitCloud App Info (J) | 10/25/22 |
| 32 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Notifications (J) | 10/25/22 |
| 33 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Storage 1 (J) | 10/25/22 |
| 34 |  |  |  |  |  | Samsung Cellphone Photo BitCloud Storage 2 (J) | 10/25/22 |
| 35 |  |  |  |  |  | Image – CP Cache Image детское (J) | 10/25/22 |
| 36 |  |  |  |  |  | Image – CP Cache Image (Phtc)Kimmy (J) | 10/25/22 |
| 37 |  |  |  |  |  | Image – CP Cache Image PHTC-10yo (J) | 10/25/22 |
| 38 |  |  |  |  |  | Messages 3-18-2019 3:38 a.m. (J) | 10/25/22 |
| 39 |  |  |  |  |  | Messages 3-18-2019 4:09 a.m. (J) | 10/25/22 |
| 40 |  |  |  |  |  | Web History Term (J) | 10/25/22 |
| 41 |  |  |  |  |  | Web History Bing real+forbidden… (J) | 10/25/22 |
| 42 |  |  |  |  |  | Web History redtube.com (J) | 10/25/22 |
| 43 |  |  |  |  |  | Web History xhamster (J) | 10/25/22 |
| 44 |  |  |  |  |  | Web History Bing underage+kids (J) | 10/25/22 |

☐ EXHIBITS RETURNED TO COUNSEL     EXHIBITS RETAINED BY COURT

π = plaintiff     Δ = defendant     **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date      PAGE __3__ OF __5__

# EXHIBIT LIST

Style: **USA V RODNEY PRICE**  Case Number: 4:20CR759 AGF

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 45 | | 10/25/22 | 4 | | | Web History Bing kiddy+cp (J) | 10/25/22 |
| 46 | | | | | | Facebook Instant Message 3-12-2019 3:38 p.m. (J) | 10/25/22 |
| 47 | | | | | | Facebook Instant Message 3-12-2019 4:23 p.m. (J) | 10/25/22 |
| 48 | | | | | | Call Log 3-12-2019 4:53 p.m. (J) | 10/25/22 |
| 49 | | | | | | Facebook Instant Message 3-12-2019 4:50 p.m. (J) | 10/25/22 |
| 50 | | | | | | Facebook Instant Message 3-12-2019 4:58 p.m. (J) | 10/25/22 |
| 51 | | | | | | Web History Preteen XVIDEOS (J) | 10/25/22 |
| 52 | | | | | | Web History 6yr old XVIDEOS (J) | 10/25/22 |
| 53 | | | | | | Facebook Instant Message 3-21-2019 (J) | 10/25/22 |
| 54 | | | | | | Call Log Facebook Messenger 3-21-2019 7:35 a.m. (J) | 10/25/22 |
| 55 | | | | | | Call Log Facebook Messenger 3-21-2019 9:26 a.m. (J) | 10/25/22 |
| 56 | | | | | | Installed Application – DuckDuckGo Installed (J) | 10/25/22 |
| 57 | | | | | | Web Bookmark "old men in russia…" (J) | 10/25/22 |
| 58 | | | | | | Web Bookmark "6-11 very little young russian…" (J) | 10/25/22 |
| 59 | | | | | | Web Bookmark "child pornography nude…" (J) | 10/25/22 |
| 60 | | | | | | Web Bookmark "FRESH CP" (J) | 10/25/22 |
| 61 | | | | | | Image – CP DuckDuckGo "504a…" (J) | 10/25/22 |
| 62 | | | | | | Image – CP DuckDuckGo "0bfe…" (J) | 10/25/22 |
| 63 | | | | | | Image – CP DuckDuckGo "3909…" (J) | 10/25/22 |
| 64 | | | | | | Installed Application – Microsoft Bing (J) | 10/25/22 |
| 65 | | | | | | Web History Bing "underage+xxx…" (J) | 10/25/22 |
| 66 | | | | | | Web History Bing "youth xxx tube…" (J) | 10/25/22 |
| 67 | | | | | | Web History Bing "Nepiophile…" (J) | 10/25/22 |
| 68 | | | | | | Call Log 4-7-2019 (J) | 10/25/22 |
| 69 | | | | | | Web History Bing 4-7-2019 (J) | 10/25/22 |

☐ EXHIBITS RETURNED TO COUNSEL      EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red    ADMITTED = use ✔ and  date

PAGE 4 OF 5

# EXHIBIT LIST

Style: **USA V RODNEY PRICE**　　　　　　　　　　　Case Number: **4:20CR759 AGF**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 70 | | 10/25/22 | 4 | | | Image – CP Bing "-1944…" (J) | 10/25/22 |
| 71 | | | | | | Image – CP Bing "4788…" (J) | 10/25/22 |
| 72 | | | | | | Cookie - .teenmegaworld.net (J) | 10/25/22 |
| 73 | | | | | | Facebook Instant Message History 4-7-2019 (J) | 10/25/22 |
| 74 | | | | | | Image – CP "(pthc) NEW 2016…" (J) | 10/25/22 |
| 75 | | | | | | Image – CP "(Pthc) Vicky – The 107 Minutes…" (J) | 10/25/22 |
| 76 | | | | | | Image – CP "Vicky_..." (J) | 10/25/22 |
| 77 | | | | | | Image – CP "hmmleabnd…" (J) | 10/25/22 |
| 78 | | | | | | Image – CP "kg_Kelly_10_yo…" (J) | 10/25/22 |
| 113 | | | | | | Incoming call log 2/24/19 8:05:02 PM | 10/25/22 |
| 114 | | | | | | screenshot of installed app | 10/25/22 |
| 91a | | | 2 | | | Subscriber search warrant results | 10/25/22 |
| 110 | | | | | | stipulation re images | 10/25/22 |
| 111 | | | | | | stipulation re foreign commerce | 10/25/22 |
| 112 | | | | | | stipulation re expert witness | 10/25/22 |

☐ EXHIBITS RETURNED TO COUNSEL    EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date

PAGE **5** OF **5**