Dear Judge,                11-16-2022

My Name is Roger Price. You presided over my son, Rodney Price, trial. I don't condone what my son did. I actually think it is perverted, however he is my son.
I just wanted to let you know that Rodney isn't a bad person. He was a good kid when he was young. He was a good kid in school all the up to and including graduation. I never had any problems with him. He was actually getting his dream he wanted by managing and owning his in-laws Health Care Facility. He did everything from administrative, plumber, carpenter, payroll and care giving for his residents. He did this for ten years while his in-laws would go on up to 3 cruises a year. They were able to that because they trusted him.
He finally got to purchase the business from his in-laws, but they stuck him with a partner. He had one facility while his inexperience partner had the other one. His life was good until he and his wife separated. He got with a bad person and that is who she lead him down and bad path to drugs. I blame her for his drug addiction. That cost him his business.

Before her I know he had a life And then after her his life went down hill rock Bottom.
Like I said I don't condone what he did And I don't understand why other than his drug Addiction.
I trust you And I know you will do what you have to do. All I'm asking is to if possible show some mercy for my son. I have seen in the news in my community And surrounding communities of people being convicted for actually molesting minor children And I see where they get off with a light sentence or probation.
Rodney has not been convicted of child molestation of Any minor child. What he did was wrong but he has been treated from the very beginning like he was some kind of murderer.
I have prayed for him And prayed for the helpless victoms. I'm 68 And Rodney's mother is 65 And Bad health. We would just want to be with our son again before Anything happens to us. I want to thank you for respecting my son through his trial.
        Thank you
            Roger Pui

Dear Judge,

I am writing in regard to my nephew Roddy Price. I am not condoning what he did, it is certainly not acceptable.

When Roddy was a young child, I remember him always taking blame for his brother, mischievous endeavors. He would take to punishment for him. This was all true as growing up. He would never say "he didn't do it".

I would like to see Roddy receive mental Health help, not prison. I believe prison would only harm him more. There is many who hurt children walking out on streets living their lives, but I believe Roddy would never hurt a child physically, he just wouldn't. I understand his behavior is behavior that is disgraceful and wrong doing.

I pray for Roddy to find his way to God and back to his family. The Roddy he is now, is not the Roddy I know.

I know his sentence is in your hands, and decision, it is also in Gods hands. Please consider Mental Health option instead of Prison.

Thank You
Leah Hutchings