RECEIVED
APR 2 6 2023
BY MAIL

FILED
MAY 2 2 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

AO 243 (Rev. 09/17)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Rodney Price / by Amy Patrick | Docket or Case No.: 23-1358 |
| Place of Confinement: Forrest City Low Arkansas | Prisoner No.: 21739-509 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) Rodney Price |

RECEIVED
MAY 2 2 2023
BY MAIL

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States Eastern Districk Court
   111 South 10th st. Distric Court St Louis MO.
   63102
   (b) Criminal docket or case number (if you know): appeal court 23-1358

2. (a) Date of the judgment of conviction (if you know): October 26th
   (b) Date of sentencing: Feb 2023

3. Length of sentence: 7 years Lifetime Supervised prob.

4. Nature of crime (all counts):
   Count 1. Reciptt of child porn.
   Count 2. Recipt of child pornography w/ intent to view

5. (a) What was your plea? (Check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)  Jury [X]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes [X]   No [ ]
   but it was told I couldn't say what I wanted to say

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Court of apeals
   (b) Docket or case number (if you know): 23-1358
   (c) Result: not happend yet
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: appeals court
        (2) Docket or case number (if you know): 23-1358
        (3) Date of filing (if you know): 4/25/2023 mailed it

Page 3 of 13

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: _____

(5) Grounds raised:

no evidence was submitted on Rodneys behalf or was the case investigated right His attorney's did not help him at all he had 4 all together

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: eastrn Distrck of mo.

(2) Docket of case number (if you know): 23-1358

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: 2255 motion

(5) Grounds raised:

Rodney Price Stated he was set up by busnes partner and have under oath him saying he had access to account an Rodneys house and the stripped Rodney of his Rights misrepresented by attorney treated like a prisoner from very begining conflict of int

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐
(2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** the judge granted the proceccuter to keep the phone whitch was the only eodence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the phone was broken and we payed a specialist to get phone so we had all evidence but dod not get instead got harddrive specialist found nothing. but said no proof it came from his phone.
was locked in house for 2 moths Refused to go Dr. appointments by pretrial. Got violations because I had covid so he couldnt go to app. no one would speak with girlfrien even though he asked repetaly for them to inform her and misrepresente

(b) **Direct Appeal of Ground One:** by all 4 attorne

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒  No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: attorney wont Respond to anyone
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): 23-1358
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☐

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** they took all Rodneys Rights and they lied at the trial about Rodney being on phone -

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
in Report they say he was downloading when they came to house but he was not thats why they waited 2 days but they then arrested him at Amys place of emploghment and she believes this is why they refuse to rehire her

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☒

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

because they didn't give him a chance told him he couldn't talk about.

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** they put Rodney in forest city Low. He can't contact an attorney or get

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

any papers to court for appeal attorney won't Respond.

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:
   _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: wasn't given chance to

**GROUND FOUR:** not one time during the 5 years of his case would they keep his girlfriend located or

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): talk to her Rodney made his girlfriend his power of attorney so they would speak w/ Amy and still Refused

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☑   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☒   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: Carl Kingsly St. Geen

    (b) At arraignment and plea: Barrocca Morrison St. Louis. MO.
    (c) At trial: Joseph Hogan Chrondelet, mo.
    (d) At sentencing: '' '' Hogan

    (e) On appeal: Hogan but want different att

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? ☒ Yes ½ ☐ No ½

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☒ Yes ½ ☐ No ½
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: Superuised probation for life it.IS. rediualas
    (b) Give the date the other sentence was imposed: Same
    (c) Give the length of the other sentence: Life
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? ☒ Yes ½ ☐ No ½

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2255 does not bar your motion.*

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the relief to which he or she may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on __4/25/2023__ _____ (month, date, year).

Executed (signed) on __4/25/2023__ (date).

_____
Signature of Movant (required)

\* \* \* \* \*

**Model Form for Use in 28 U.S.C. § 2255 Cases**
**Involving a Rule 9 Issue (Abrogated)**
[The advisory committee is developing a new form that makes extensive revisions to the existing form.]

Rodney Price  _[signature]_  5-10-23